WILLIAM E. DEGNAN et al., Plaintiffs, *v.* MARY A. HAGERTY, Individually and as Executrix of EDWARD J. HAGERTY, Deceased, et al., Defendants.

JOHN VINCENT, Appellant; MARY A. HAGERTY, Respondent.

Reported below, 120 App. Div. 871.
(Argued September 28, 1908; decided September 29, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1907, which affirmed an order of Special Term directing the appellant to pay to the respondent certain moneys collected by him as her attorney in an action of partition.

The motion was made upon the ground of failure to perfect the appeal.

*Alexander I. Rorke* for motion.

*Edwin L. Kalish* opposed.

Motion granted unless within ten days an order is entered substituting the executrix of John Vincent, deceased, in place of said deceased, leave to enter which is hereby granted, and within thirty days from this day she pays to Mary A. Hagerty or her attorney twenty dollars, and file and serve the printed papers on appeal herein, in which case motion denied.